```
          IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF OHIO
                      EASTERN DIVISION
```

Lorie J. Lane,

    Plaintiff,

  v.                            Case No. 2:15-cv-87

Carolyn W. Colvin,
Acting Commissioner of
Social Security,

    Defendant.

### ORDER

This matter is before the court for consideration of the July 24, 2015, report and recommendation of the United States magistrate judge to whom this case was referred pursuant to 28 U.S.C. §636(b). The magistrate judge recommended that the joint motion of the parties to remand the case for further administrative proceedings be granted.

The report and recommendation specifically advised the parties that failure to object to the report and recommendation within fourteen days of the filing of the report "will result in a waiver of the right to *de novo* review by the District Judge and waiver of the right to appeal the judgment of the District Court." Doc. 16, p. 2. The time for filing such objections has expired, and no objections have been filed.

The court adopts and affirms the report and recommendation (Doc. 16). The joint motion for remand (Doc. 15) is granted. Pursuant to Sentence 4 of 42 U.S.C. §405(g), the decision of the Commissioner is reversed, and this action is hereby remanded to the Commissioner for further proceedings, including the development of the administrative record as necessary to determine whether

plaintiff is disabled within the meaning of the Social Security Act.  The clerk is directed to enter a final judgment in this case.

Date: August 11, 2015            <u>       s/James L. Graham       </u>
                                 James L. Graham
                                 United States District Judge